UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL JONES A.K.A. RAFAEL A. JONES.,

Plaintiff,

-against-

HOMELESS HOUSING ASSOCIATION CORPORATION, ET AL.,

Defendants.

26 CIVIL 006070 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the July 21, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge